# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BUNKERNET LTD., | : | |
| | : | : |
| Plaintiff, | : | C.A. No. 19-02140-MN |
| | : | |
| v. | : | |
| | : | |
| GMTC I, LLC, | : | |
| | : | |
| Defendant. | : | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to D. Del. LR 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of John F. Friedemann of Friedemann Goldberg Wargo Hess LLP, 420 Aviation Blvd., Suite 201, Santa Rosa, CA 95403 to represent Defendant GMTC I, LLC. in the above-captioned matter.

April 20, 2020

                                                 SMITH, KATZENSTEIN & JENKINS LLP

                                                 */s/ Robert J. Katzenstein*
                                                 Robert J. Katzenstein (No. 378)
                                                 1000 West Street, Suite 1501, P.O. Box 410
                                                 Wilmington, DE 19899 (courier 19801)
                                                 (302) 652-8400
                                                 rjk@skjlaw.com

                                                 *Attorney for Defendant GMTC I, LLC*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's Motion for Admissions *Pro Hac Vice* is GRANTED.

Dated: _____     _____
                                                           The Honorable Maryellen Noreika
                                                           United States District Judge